# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
February 13, 2018

In re:

    Charles Harding Byrd

Debtor*

Case Number: 18–30218 amn
Chapter: 13

### DEFICIENCY NOTICE REGARDING CONTESTED MATTER PROCEDURE

    Earle Giovanniello on behalf of Charles Harding Byrd, Debtor has filed a/an Motion to Impose Automatic Stay Emergency Motion to Impose Automatic Stay , ECF No. 10, not in compliance with this Court's Contested Matter Procedure as revised on November 14, 2017, for the reason(s) indicated below:

☒ Contested Matter Procedure Not Followed

☐ Deficient Certificate of Service (Not in Compliance with Bankruptcy Rule 7004)

☐ Deficient Response Deadline

☐ Motion/Application Not in Compliance with Local Bankruptcy Rule 9013 and Bankruptcy Rule 7010

    Failure to correct and submit an amended motion/application in compliance with this Court's Contested Matter Procedure within five (5) business days from the date of this notice will result in an order denying your motion/application.

    **NOTE: Moving parties without an attorney have an additional three days to correct and submit an amended motion/application in compliance with this Court's Contested Matter Procedure.**

Dated: February 13, 2018

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 160 – sw

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.